IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL A. KETTS,

        CV 07-6312-MA

    Plaintiff,        JUDGMENT

  v.

MICHAEL ASTRUE,
Commissioner of Social
Security,

    Defendant.

Based on the record and the Opinion and Order filed herewith, the final decision of the Commissioner, denying plaintiff's claim for disability insurance benefits is AFFIRMED; this action is DISMISSED.

    IT IS SO ORDERED.

    DATED this __17__ day of November, 2008.

        /s/   Malcolm F. Marsh
        Malcolm F. Marsh
        United States District Judge

1 - JUDGMENT